IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cadenhead, Carolyn

Printed: 6/10/08

Case Number: 08 B 01760
Judge: Goldgar, A. Benjamin
Filed: 1/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 6,000.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 10,005.90 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 67.66 | 0.00 |
| 5. | AT&T Wireless | Unsecured | 70.39 | 0.00 |
| 6. | MB Financial | Unsecured | | No Claim Filed |
| 7. | City Of Markham | Unsecured | | No Claim Filed |
| 8. | Sprint PCS | Unsecured | | No Claim Filed |
| 9. | Charter One Bank | Unsecured | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | Talk America | Unsecured | | No Claim Filed |
| 12. | State Farm Bank | Unsecured | | No Claim Filed |
| 13. | U S Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,143.95 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Cadenhead, Carolyn

Printed:  6/10/08

Case Number:  08 B 01760
Judge:  Goldgar, A. Benjamin
Filed:  1/28/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

